IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT D. TEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-3337-CV-S-ODS |
| ) | |
| MICHAEL J. ASTRUE,[1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER AND OPINION REVERSING COMMISSIONER'S FINAL DECISION DENYING BENEFITS AND REMANDING FOR FURTHER PROCEEDINGS

With no objection from Plaintiff, and pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's motion to reverse and remand (Doc. # 15) is granted. The Commissioner's final decision denying benefits is reversed. The case is remanded to the Commissioner for further proceedings as outlined in the Commissioner's motion, including consolidation of this case with the record and final decision of Plaintiff's prior applications for benefits.

IT IS SO ORDERED.

DATE: May 14, 2007

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and therefore should be substituted as the Defendant in this action. Fed. R. Civ. P. 25(d)(1).